GRB:USAO # 2011R00739

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 OCT -1 AM 9:33
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. WDQ-13-0526 |
| GEORGE WARHOLA, | * (Obstruction of Justice, 18 U.S.C. § 1503) |
| Defendant. | * |

*******

## INFORMATION

### COUNT ONE
### (Obstruction of Justice)

The United States Attorney for the District of Maryland charges that at all times material to this Information:

1. The federal Grand Jury is an investigative body charged with the responsibility of determining whether a crime has been committed within the District of Maryland. The function of the Grand Jury is to inquire into all information that might possibly bear on its investigation until it has identified an offense or satisfy itself that none has occurred.

2. The defendant, **GEORGE WARHOLA**, operated a scrap metal business called "A.J. Warhola Scrap Metal" which was located at 875 Progress Street, Pittsburgh, Pennsylvania.

3. On or about June 27, 2011, Special Agents from the Department of Homeland Security arrived at **WARHOLA**'s scrap metal business and explained that a Grand Jury subpoena from a federal Grand Jury sitting in the District of Maryland had been sent to his business address. The subpoena sought "Copies of all records of the purchase, warehousing and sale of nickel material for the time period of January 1, 2009 to present." The Special Agents then began questioning WARHOLA about the subject matter of the subpoena.

4.	On or about June 27, 2011, in the District of Maryland and elsewhere, the defendant,

## GEORGE WARHOLA,

having knowledge of the Grand Jury investigation, did corruptly influence, obstruct and impede, and endeavor to influence, instruct and impede the due administration of justice in an investigation conducted by a federal Grand Jury sitting in the District of Maryland, by making false statements to Special Agents assisting in an ongoing Grand Jury investigation, to wit: that he did not normally deal in nickel, and that he had not had a load of nickel in his scrap metal shop recently.

18 U.S.C. § 1503

| | |
|---|---|
| 9/30/13 | *[signed]* for/JB |
| Date | Rod J. Rosenstein |
| | United States Attorney |